**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 BRIDGER AVENUE SUITE 820**
**LAS VEGAS, NEVADA 89101**
**(702) 853-4500**

RECEIVED & FILED

OCT 13  1 47 PM '11

U.S. BA...
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | ) | BK-S-08-15518-MKN |
|---|---|---|
| BULOSAN, JOEY J. | ) | Chapter 13 |
| BULOSAN, ROSALINDA M. | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:    Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| **Claim#** | **Claimant & Address** | **CAS 106000** | **CAS 613300** |
|---|---|---|---|
| 28 | GLEN WORLEY<br>3932 CALLE MIRADOR<br>LAS VEGAS, NV 89103 | | $923.68 |
| | Totals | | $923.68 |

Date: _10/11/2011_       RICK A. YARNALL, TRUSTEE
                         Rick A. Yarnall
                         Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than
       $25.00 go into CAS 613300. The amounts that are to be deposited into the registry
       can be written on one check.

Reason:  Received check back from Post Office stating return to sender not deliverable ad address. Sent to
         Unclaimed Funds as cannot locate creditor.

#204674    $923.68